UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SYSCO MACHINERY CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DCS USA CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | **JUDGMENT** <br><br> 5:23-CV-134-BO-RJ |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss [DE 19] is GRANTED and plaintiff's complaint is hereby DISMISSED in its entirety.

This case is closed.

**This judgment filed and entered on November 15, 2023, and served on:**
Christopher Hanba (via CM/ECF NEF)
Ariana Pellegrino (via CM/ECF NEF)
J. William Graebe (via CM/ECF NEF)
John Kivus (via CM/ECF NEF)
Jordan Garsson (via CM/ECF NEF)
John Jackson (via CM/ECF NEF)
Jeffrey Kuykendal (via CM/ECF NEF)
Luke Dalton (via CM/ECF NEF)

November 15, 2023

PETER A. MOORE, JR., CLERK

/s/ Lindsay Stouch
By: Deputy Clerk